1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-6401
7      Fax:  (415) 436-6982
       E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )    No. CR 08-0083 PJH
14                                      )
                                        )
15     v.                               )
                                        )
16 GUILLERMO ALEJANDRO                  )
   ZARAGOZA, et al;                     )
17                                      )
       Defendants.                      )
18                                      )
                                        )
19 _____)
                                        )
   UNITED STATES OF AMERICA,            )    No. CR 08-0143 PJH
20                                      )
                                        )    [PROPOSED] ORDER EXCLUDING
21     v.                               )    TIME FROM SPEEDY TRIAL ACT
                                        )    COMPUTATION
22 FRANCISCO MORA ALVAREZ,              )
                                        )
23     Defendant.                       )
                                        )
24 _____)

25

26      The parties appeared before the Court on May 21, 2008 at 1:30 p.m for a status

27 conference.  Defendant Guillermo Zaragoza appeared in custody with his attorney George

28

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**           1

1  Cotsirilos; defendant Manuel Corona appeared in custody with attorney Nina Wilder; defendant
2  Irma Corona appeared in custody with her attorney Garrick Lew; defendant Paul Kozina
3  appeared with his attorney Christy O'Connor; defendant David Quezada in custody appeared
4  with his attorney Steve Teich; defendant Angelica Rodriguez appeared in custody with her
5  attorney Seth Chazin; defendant Martel Valencia appeared in custody with attorney Steve Teich,
6  who appeared specially for attorney Robert Waggener; defendant Eduardo Zaragoza appeared in
7  custody with his attorney Claire Leary; defendant Martin Zaragoza appeared in custody with his
8  attorney Gail Shiffman; defendant Richard Parodi appeared in custody with attorney Doug
9  Rappaport; defendant Juan Zaragoza appeared with his attorney Roger Patton; and defendant
10 Lorenzo Carbajal appeared in custody with his attorney Ismail Ramsey.  Defendant David Weld
11 was not present and his appearance was waived by his attorney Brian Berson; defendant Roberto
12 Ruiz remains at-large; and defendant Francisco Mora Alvarez, in the related case 08-0143 PJH,
13 appeared with his attorney Haywood Gilliam.
14        At the May 21, 2008 status conference, the parties requested a continuance until July 23,
15 2008 at 1:00 p.m.  Discovery has been on-going since the commencement of this case.
16 Discovery has included, among other things, wiretap materials, including audio calls and line
17 sheets from the wire interceptions, surveillance videos and photographs, and search warrant
18 materials.  Counsel for the defense stated that they need additional time to review the discovery.
19 The parties agreed in open Court, with their attorney's concurrence, that the case should be
20 declared factually complex.  Accordingly, the parties agreed, that the entire period from May 21,
21 2008 through and including July 23, 2008 should be excluded from the otherwise applicable
22 Speedy Trial Act computation, because the factual complexity renders it unreasonable to expect
23 adequate and effective preparation for pretrial proceedings and for the trial within the otherwise
24 applicable time limits set forth in the Speedy Trial Act.
25        Based upon the above-described representations and the parties' agreement in open
26 Court, the Court FINDS THAT the ends of justice served by granting a continuance from the
27 inception of this case through and including July 23, 2008 outweigh the best interest of the public
28

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**    2

1. and the defendants in a speedy trial, and that the case is so factually complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect effective and adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Accordingly, the Court ORDERS THAT:

1. This case is continued to July 23, 2008 at 1:00 p.m. for further status and for possible setting of motions and trial dates.

2. The period from May 21, 2008 through and including July 23, 2008 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Dated: May 23, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**Speedy Trial Act Order**
**U.S. v. Guillermo Zaragoza, et. al (08-0083 PJH)**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**           3