1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NICOLE M. KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California
      Telephone:  (415) 436-6401
7     Facsimile:  (415) 436-6982
      E-Mail:  nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA, | )  No. CR-08-0083 PJH
   |                            | )
14 |      Plaintiff,            | )
   |                            | )  [PROPOSED] ORDER OF RELEASE
15 |      v.                    | )
   |                            | )
16 | DAVID WELD,                | )
   |                            | )
17 |      Defendant.            | )
   | _____   | )
18

19         On March 4, 2008, the defendant David Weld ("WELD") was released on a $500,000

20 unsecured bond, co-signed by three sureties, with various special release conditions including

21 placement at Cornell Corrections, in San Francisco, California.  At that time however, WELD

22 was in state custody for a drug offense and was unable to make bail in connection with the state

23 case.  On March 7, 2008, a bench warrant was issued by this Court for WELD.  On May 21,

24 2008, the bond in WELD's state drug case was reinstated as WELD was able to make bail in the

25 state case.  On May 23, 2008, the parties appeared before the Court for a bail review hearing

26 where the parties agreed to have the conditions of WELD's bond reinstated in the above-

27 referenced case.

28

[Proposed] Order of Release                    1

1 | Based upon the above-described representations and the parties' agreement in open Court
2 | and for good cause appearing, THE COURT HEREBY ORDERS THAT:
3 |     1.    The conditions of the defendant's bond previously set by the Court on March 4,
4 |           2008 be reinstated; the defendant be released from custody; and the defendant
5 |           shall immediately report to Cornell Corrections in San Francisco, California upon
6 |           his release.
7 | .
8 |     IT IS SO ORDERED.

May 23, 2008                                         _____
                                                     HON. JOSEPH C. SPERO
                                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order of Release                     2