1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NICOLE M. KIM (NYBN 4435806)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California
   Telephone: (415) 436-6401
7  Facsimile: (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff

FILED

MAY 2 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0083 PJH |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF RELEASE |
| DAVID WELD, | |
| Defendant. | |

On March 4, 2008, the defendant David Weld ("WELD") was released on a $500,000 unsecured bond, co-signed by three sureties, with various special release conditions including placement at Cornell Corrections, in San Francisco, California. At that time however, WELD was in state custody for a drug offense and was unable to make bail in connection with the state case. On March 7, 2008, a bench warrant was issued by this Court for WELD. On May 21, 2008, the bond in WELD's state drug case was reinstated as WELD was able to make bail in the state case. On May 23, 2008, the parties appeared before the Court for a bail review hearing where the parties agreed to have the conditions of WELD's bond reinstated in the above-referenced case.

[Proposed] Order of Release                    1

Based upon the above-described representations and the parties' agreement in open Court and for good cause appearing, THE COURT HEREBY ORDERS THAT:

1. The conditions of the defendant's bond previously set by the Court on March 4, 2008 be reinstated; the defendant be released from custody; and the defendant shall immediately report to Cornell Corrections in San Francisco, California upon his release.

IT IS SO ORDERED.

May 23, 2008

HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order of Release                                    2