## ~~PROPOSED~~ ORDER/COVER SHEET

TO:  Honorable Joseph C. Spero        RE: David Blake WELD
     U.S. Magistrate Judge

FILED
2008 JUN 24 PM 1:40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

FROM: Richard W. Wieking, Acting Chief      DOCKET NO.: CR08-0083 PJH
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                            510-637-3752
U.S. PRETRIAL SERVICES OFFICER             TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A 15th Floor on Friday 6/27/08 at 10:30 Am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                           DATE 6/24/08

Cover Sheet (12/03/02)