| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Karen L. Hom | REPORTER/FTR FTR 11:24-11:38 | |
|---|---|---|---|
| MAGISTRATE JUDGE JOSEPH C. SPERO | DATE June 27, 2008 | NEW CASE □ | CASE NUMBER CR08-0083 PJH |

### APPEARANCES

| DEFENDANT David Weld | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Brian Berson | PD. □  RET. □ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Robert Rees for Nicole Kim | | INTERPRETER | | FIN. AFFT □ SUBMITTED | COUNSEL APPT'D □ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Silvio Lugo for V. Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL □ | | PARTIAL PAYMENT □ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | □ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ ARRAIGNMENT | ☒ BOND HEARING | □ INITIAL APPEAR REV PROB OR S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED □ CASH $ | | CORPORATE SECURITY □ | REAL PROPERTY: □ | |
| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED  □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | □ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGN- MENT | □ CHANGE OF PLEA | □ OTHER |
| BEFORE HON. | □ DETENTION HEARING | | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft admonished. Additional conditions added to bond: dft shall participate in substance abuse/counseling & testing. Dft may leave the 1/2 Way house at the direction of PTS for drug testing and dft shall participate in vocational training as directed by PTS. Gov't to prepare Order.

KLH, JCS                                          DOCUMENT NUMBER: