FILED
JUL 7 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California
Telephone: (415) 436-6401
Facsimile: (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0083 PJH |
| v. | [~~PROPOSED~~] MODIFICATION OF BAIL CONDITIONS |
| DAVID WELD, | |
| Defendant. | |

On May 23, 2008, this Court reinstated the bail conditions of defendant David Weld ("WELD") that were previously set by the Court on March 4, 2008. WELD was released from custody and reported to Cornell Corrections Center in San Francisco, California. As part of the conditions of his release, WELD is not allowed to leave Cornell Corrections Center for anything except medical and legal appointments, court hearings, and classes at City College, and only with the advance approval of U.S. Pretrial Services. On June 27, 2008, the Court modified WELD's conditions of pretrial release to include participation in drug testing and vocational training as directed by U.S. Pretrial Services.

Based upon the above-described representations and the parties' agreement in open Court and for good cause appearing, THE COURT HEREBY ORDERS THAT:

[Proposed] Modification of Bail Conditions                    1

1.     1.     The conditions of the defendant's bond be modified to include participation in substance abuse counseling/treatment and testing. In addition, the defendant may leave Cornell Corrections Center in San Francisco, California for drug testing at the direction of U.S. Pretrial Services, and shall participate in vocational training as directed by U.S. Pretrial Services.

IT IS SO ORDERED.

July 3, 2008

HON. JOSEPH C. SPERO
United States Magistrate Judge

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

[Proposed] Modification of Bail Conditions      2