HUGH ANTHONY LEVINE (CABN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant Weld

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-0083 PJH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER AMENDING DEFENDANT'S |
| vs. | ) | CONDITIONS OF PRETRIAL |
| | ) | RELEASE. |
| DAVID WELD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

As a condition of his pretrial release defendant Weld was ordered to reside in the Cornell Corrections halfway house on Taylor Street in San Francisco. Due to a recent fire in that facility, pretrial detainees and inmates have had to be relocated. On an emergency basis, Pretrial Services caused Mr. Weld to be relocated to the residence of his brother in Bonny Doon, California.

The government, the defense, and Pretrial Services Officer

1

Victoria Gibson all agree that while the Cornell Corrections facility remains unavailable for housing, the interests of justice will be served if Mr. Weld continues to live with his brother in the Bonny Doon location for another two weeks, at which time Pretrial Services will reassess his housing situation.

All other conditions of release previously ordered remain in effect.

SO STIPULATED:
_____/s/_____
NICOLE KIM
Assistant U.S. Attorney


_____/s/_____
HUGH ANTHONY LEVINE
Attorney for Defendant


SO ORDERED:
Dated: ~~June~~ 7/12, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge